UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                24-cr-163 (JGK)

DISNEY ABREU,                        ORDER

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The Government is directed to update the Court by **March 25, 2024,** about the status of conversations with MDC about the defendant's dental treatment and various medications.

SO ORDERED.

Dated:    New York, New York
           March 20, 2024

                                              John G. Koeltl
                                        United States District Judge