# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

April 24, 2024

Hon. John G. Koetl
United States District Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*ADJOURNED TO TUESDAY, JUNE 18, 2024, AT 4:30PM*

*SO ORDERED*
*[signature] John G. Koeltl*
*U.S.D.J.*
*4/24/24*

**Re:** **United States v. Disney Abreu**
**24 Cr. 163 (JGK)**

Dear Judge Koetl:

I write on behalf of my client, Disney Abreu, to request a short continuance of his expedited sentencing currently scheduled for May 8, 2024.

I have been informed by the assigned Probation Officer that the expedited Pre-Sentence Report will not be filed until May 1, 2024. I will need sufficient time to review the PSR with my client as well as incorporating the findings and recommendations in my sentencing submission. The requested continuance will provide me with the opportunity to timely file my submission.

Accordingly, and respectfully, with the Government's consent, counsel requests that the Court adjourn sentencing to a date on or about May 22, 2024 or as soon thereafter as is convenient to the Court. Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

Cc: All counsel (by ECF)