# RICHARD H. ROSENBERG

## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

June 3, 2026

Hon. John G. Koetl
United States District Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Application Granted.
So Ordered.

John G. Koeltl
United States District Judge

June 3, 2026

Re:  **United States v. Disney Abreu**
     **24 Cr. 163 (JGK)**

Dear Judge Koetl:

As Mr. Abreau's C.J.A. counsel in the above-referenced case, since earlier this year U.S. Probation Officer Sandra Osman has been in communication with me regarding Mr. Abreau's adjustment to pretrial supervision. Over the course of the past months I have also been communicating and meeting with Mr. Abreu about Probation's concerns. I now understand from P.O. Osman that Mr. Abreau has recently been arrested in New Jersey, had court and was released without bail, but remains incarcerated due to a detainer filed from this district. A violation of supervised release is expected to be filed shortly.

In light of the above I respectfully request that Your Honor re-appoint me to represent Mr. Abreu when the violation report is filed *nunc pro tunc* to April 1, 2026 pursuant to the Criminal Justice Act.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

Cc:    Sandra Osman, U.S. Probation