UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

24 cr 163 (JGK)

-against-

**ORDER**

DISNEY ABREU,

Defendant.
-----------------------------------------------------------X

For the reasons stated, today, the defendant's application for release is denied. The defendant shall remain detained during the pendency of the violation of supervised release.

The Court recommends that the defendant be housed at the Metropolitan Detention Center. The Court also recommends that the defendant be provided with his necessary medications.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 9, 2026