**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 3, 2026

**By ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Disney Abreu*, 24 Cr. 163 (JGK)**

Dear Judge Koeltl:

The parties in this matter write jointly to request the adjournment of the violation of supervised release conference currently scheduled for August 5, 2026, at 4:30 p.m. The Government understands that the defendant's next appearance in state court is scheduled for August 19, 2026, and the parties respectfully request that the Court adjourn the defendant's next appearance in this Court until after the state case has had time to proceed. The parties therefore respectfully request an adjournment until the week of October 12, 2026 or the week of October 19, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Rebecca Delfiner
Rebecca Delfiner
Assistant United States Attorney
(212) 637-2427

cc: Richard Rosenberg, Esq.

ADJOURNED TO MONDAY, NOVEMBER 9, 2026, AT 12:00PM

SO ORDERED.

8/3/26 J G Koeltl
USDJ