# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com


November 6, 2026

Hon. John G. Koeltl
United States District Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Conference adjourned from 11/9/26 to 11/30/26 at noon. So ordered. John G. Koeltl U.S.D.J. 11/6/26

**Re: United States v. Disney Abreu**
**24 Cr. 163 (JGK)**

Dear Judge Koeltl:

Mr. Abreu is scheduled to appear on Monday, November 9, 2026 with regard to his VOSR. It turns out that Mr. Abreu's New Jersey prosecution (which is directly relevant to the specifications in this case) is also on for November 9th for possible disposition. With the consent of the Government per AUSA Rebecca Delfiner, the parties respectfully request a continuance. I understand that November 30, 2026 at 12:00 noon is a date and time the Court is available and accordingly we respectfully ask that the matter be adjourned to that date and time.

Thank you for your consideration to this request.

Respectfully submitted,

Richard H. Rosenberg

cc: AUSA Rebecca Delfiner, Esq.