Case 1:24-cr-00163-JGK Document 55 Filed 11/24/26 Page 1 of 1


# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com


November 24, 2026

Hon. John G. Koeltl
United States District Judge
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

ADJOURNED TO TUESDAY,
DECEMBER 15, 2026, AT 2:30PM
SO ORDERED.
[signature]
11/24/26. U.S.D.J.

Re: **United States v. Disney Abreu**
**24 Cr. 163 (JGK)**

Dear Judge Koeltl:

Mr. Abreu is scheduled to appear on Monday, November 30, 2026 with regard to his VOSR. With the consent of the Government per AUSA Rebecca Delfiner, the parties respectfully request a short continuance. The parties are close to finalizing a resolution and the adjournment would serve the interests of justice. I understand from your Court Deputy that December 15, 2026 at 2:30 p.m. is a date and time the Court is available and accordingly we respectfully ask that the matter be adjourned to that date and time.

Thank you for your consideration to this request.

Respectfully submitted,
[signature]
Richard H. Rosenberg

cc: AUSA Rebecca Delfiner, Esq.